# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barbour, Jr., William H. | U. S. District Court | 06/28/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, senior status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 245 E. Capitol St., Suite 502<br>Jackson, MS 39201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN 30 A 10: 06 FINANCIAL DISCLOSURE OFFICE

Barbour Jr., William H.

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS AND BONDS | | | | | | | | | |
| 2. Regions Financial Corp (AmSouth) Common | D | Dividend | M | T | | | | | |
| 3. Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 4. Belmont Lodge (common) | | None | K | W | | | | | |
| 5. Citibank Deposit Program-formerly SB Money Funds | A | Interest | K | T | | | | | |
| 6. Miss. Cap. Imp. - Bond | B | Interest | L | T | | | | | |
| 7. Capital World Growth and Income Fund (American Funds) | B | Dividend | K | T | | | | | |
| 8. Europacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 9. Income Fund of America (American Funds) | B | Dividend | K | T | | | | | |
| 10. New Perspective Fund (American Funds) | A | Dividend | K | T | | | | | |
| 11. Miss. Dev. BK - Bond | B | Interest | L | T | | | | | |
| 12. Miss. Cap. Imp. - Bond | C | Interest | L | T | | | | | |
| 13. USM Bldg CRP Rev-Bond | B | Interest | L | T | | | | | |
| 14. MS St RFDG - NTS-Bond | B | Interest | K | T | | | | | |
| 15. Kayne Anderson Energy Total Return Fund | B | Dividend | J | T | | | | | |
| 16. REAL ESTATE (Items 17-21) | | | | | | | | | |
| 17. Land #1, Yazoo County, MS | C | Rent | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 19. Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 20. RESIDENTIAL SUBDIVISION #1 (See expl. Section VIII) | | | | | | | | | (See note 20 & 21) |
| 21. -Subdiv #1: Lots [ ] less Lots [ ] | | None | N | W | | | | | (See Note 20 & 21) |
| 22. INDIVIDUAL RETIREMENT ACCOUNTS #1,2,3 (Items 22-55) | | | | | | | | | |
| 23. IRA Rollover Acct-Brokerage Account #1 (24-36) | | | | | | | | | |
| 24. -AT & T, Inc.(formerly Bell South (common) | B | Dividend | K | T | | | | | |
| 25. -American Electric Power Co,Inc | A | Dividend | K | T | Buy | 09/16/09 | K | | |
| 26. -Regions Financial Corp (Amsouth) (common) | C | Dividend | L | T | | | | | |
| 27. -Southern Co | A | Dividend | K | T | Buy | 10/20/09 | K | | |
| 28. -Goldman Sachs Capital Growth Fund | A | Dividend | K | T | | | | | |
| 29. -Citibank Deposit Program | A | Interest | J | T | | | | | |
| 30. -Franklin Income Fund | C | Dividend | J | T | Buy (add'l) | 09/16/09 | J | | |
| 31. -Legg Mason Opportunity Tr Primary Class | A | Dividend | J | T | | | | | |
| 32. -Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 33. -Lord Abbett International Core Equity Fd | A | Dividend | J | T | | | | | |
| 34. -Bank of America (common) | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Johnson & Johnson (common) | A | Dividend | K | T | | | | | |
| 36. -Microsoft (common) | A | Dividend | J | T | | | | | |
| 37. IRA Managed Rollover -Brokerage Account #2 (37-41) | | | | | | | | | (See note 37-41) |
| 38. -American Balanced Fd CL A | C | Dividend | L | T | | | | | |
| 39. -Evergreen Asset Allocation Fd CL A | D | Dividend | L | T | | | | | |
| 40. -Washington Mutual Investors Fd CL A | C | Dividend | L | T | | | | | |
| 41. -Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 42. IRA Rollover-Brokerage Account #3 (42-55) | | | | | | | | | (See Note 42-55) |
| 43. -IShares TR S & P 500 Index Fund | A | Dividend | J | T | Buy | 11/05/09 | J | | |
| 44. -IShares S & P 500 Growth Index Fund | A | Dividend | L | T | Buy (add'l) | 07/10/09 | J | | |
| 45. -IShares S & P 500 Value Index Fund | B | Dividend | K | T | Buy (add'l) | 04/10/09 | J | | |
| 46. -IShares TR MSCI EAFE Index Fd | A | Dividend | K | T | Sold (part) | 02/10/09 | J | A | |
| 47. -IShares TR S & P World EX-US PPTY Index Fund Sym:WPS | A | Dividend | | | Sold | 03/10/09 | J | A | |
| 48. -IShares Dow Jones US Regional Banks Index Fund | A | Dividend | | | Sold | 03/10/09 | J | A | |
| 49. -IShares SPDR SER TR S & P Homebuilders ETF Sym:XHB | A | Dividend | | | Sold | 03/10/09 | J | A | |
| 50. -IShares Cohen & Steers Realty Majors Symbol: ICF | B | Dividend | | | Sold | 03/10/09 | J | A | |
| 51. -IShares Trust S & P Midcap 400 Growth Index Fd Symbol: IJK | A | Dividend | J | T | Sold (part) | 11/10/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IShares TR Russell 2000 Value Index Fd | A | Dividend | J | T | Buy (add'l) | 04/10/09 | J | | |
| 53. -IShares TR Russell 2000 Growth Index Fd Symbol: IWO | A | Dividend | J | T | Buy (add'l) | 04/10/09 | J | | |
| 54. -IShares Trust S & P Midcap Value Index Fd | A | Dividend | J | T | Buy (add'l) | 04/10/09 | J | | |
| 55. -IShares Dow Jones US Insurance Index Fund | A | Dividend | | | Sold | 03/10/09 | J | A | |
| 56. OIL AND GAS INTERESTS (56-88) | | | | | | | | | (See Note 56-88) |
| 57. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 58. -#2-Sohio Pet Co., Franklin Parish, LA | | None | J | W | | | | | |
| 59. -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 60. -#4-Placid Oil Co., Warren County, MS | | None | J | W | | | | | |
| 61. -#5-Pursue Energy Corp(was Shell Oil Co.) Rankin County, MS | D | Royalty | J | W | | | | | |
| 62. -#6-US Trading Co., Madison Parish & Richland Parish, LA | | None | J | W | | | | | |
| 63. -#7-McGowan Working Partners, Yazoo County, MS | B | Royalty | J | W | | | | | |
| 64. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS | | None | J | W | | | | | |
| 65. -#9-TXP Op Co., Yazoo County, MS | | None | J | W | | | | | |
| 66. -#10-Shell Western E&P, Lincoln County, MS | | None | J | W | | | | | |
| 67. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 68. -#12-Petro-Hunt Bovina Field, Warren Co., MS | A | Royalty | J | W | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trus assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 70. -#14-Bruxoil, Clay Co., MS | A | Royalty | J | W | | | | | |
| 71. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |
| 72. -#16-Coho Resources, Jasper Co., MS | | None | J | W | | | | | |
| 73. -#17-Denbury On Shore LLC(was Denbury Resources) Jasper Co) | F | Royalty | L | W | | | | | Clark,Lincoln,Pike Co, MS |
| 74. -#18-D&S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 75. -#19-Devon Energy, Yazoo Co,MS,Bossier Parish, L | | None | J | W | | | | | |
| 76. -#20-EOTT Energy, Jasper & Smith Co., MS | | None | J | W | | | | | |
| 77. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |
| 78. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 79. -#23-Hassie Hunt Exploration, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 80. -#24-J.P. Oil, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 81. -#25-McGowan Working Partners, Yazoo Co., MS | B | Royalty | J | W | | | | | |
| 82. -#26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 83. -#27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |
| 84. -#28-Spooner Petroleum, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 85. -#29-St. Mary Land & Exploration, Claiborne Parish, LA | B | Royalty | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -#30-Pennzenergy, Yazoo Co., MS | C | Royalty | K | W | | | | | |
| 87.  -#31 Tecton Energy, LLC;Choctaw Co AL | A | Royalty | J | W | | | | | |
| 88.  -#32 XTO Energy, Inc | B | Royalty | J | W | | | | | |
| 89.  LAND, Humphreys Co., MS (LLC) | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 06/28/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VIII

Lines 20 and 21 show the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots on Line 25. There will be no income produced by the remaining lots in inventory unless and until they are sold.

Line 37 through 41 - This is a second IRA rollover account held at a brokerage house. It was opened after the partial sale of 1st American stock that was made in the first IRA rollover account. I have a money manager who invests this account, thus, it is designated "IRA Managed Rollover".

Lines 42 through 55 - This is a third IRA account held at a brokerage house. It was opened January 2005 with a transfer of funds from IRA #2.

Lines 56 through 88 - As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing activity occurs, I add them to my report.

Note: I married during the first six months of 2009. During 2009 I did not have information on the assets and liabilities of [        ] and therefore do not believe that I have to report them. However, in 2010 we filed a joint individual income tax return and I will report her assets and liabilities on my 2010 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544